UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO ROSAS, individually, AND
FERNANDO ROSAS, on behalf of others
similarly situated,

                Plaintiffs,

- against -

VIAND COFFEE SHOP OF 61 ST. INC.
d/b/a VIAND COFFEE SHOP and GEORGE
KONTOGIANNIS,

                Defendants.

**ORDER**

17 Civ. 9851 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge